IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNION INSURANCE COMPANY AND CONTINENTAL WESTERN INSURANCE COMPANY, | § § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CAUSE NO. 1:20-cv-01306-KWR-KK |
| LIESSMANN CONSTRUCTION CO., INC., THADDEUS A. RAY AND CAMILLE RIVERA, | § § § § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court received and considered the Parties' Joint Stipulation of Dismissal with Prejudice, and having been advised that the Parties have reached a compromise settlement which resolves all claims which are in dispute among them in this action, the Court finds that this action should be dismissed pursuant to the terms of the Joint Stipulation. Accordingly,

**IT IS ORDERED, ADJUDGED and DECREED** that:

(1) All claims or matters which were asserted or could have been asserted among the Parties in this action are **DISMISSED WITH PREJUDICE.**

(2) Each Party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date: **July 5, 2021**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**